IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACY TERRY, | ) |
| Plaintiff, | ) |
| v. | ) Case. No. 2:20cv1058-RAH |
| MATTHEW W. ROBINETT, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On July 13, 2022, the Magistrate Judge entered a Recommendation (Doc. 159) to grant the Defendants' Motions to Dismiss (Docs. 110, 111, 112, 113, 114, 115, and 116). The Plaintiff filed Objections. (Doc. 161.) After an independent review of the file and upon consideration of the Recommendation and Objections, it is ORDERED that:

1. The Objections are OVERRULED. (Doc. 161.)

2. The Recommendation of the Magistrate Judge is ADOPTED. (Doc. 159.)

3. The Motions to Dismiss are GRANTED. (Docs. 110, 111, 112, 113, 114, 115, and 116.)

4. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 19th day of August, 2022.

                               /s/ R. Austin Huffaker, Jr.
                               R. AUSTIN HUFFAKER, JR.
                               UNITED STATES DISTRICT JUDGE